```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUES THEARD,

                Plaintiff,

- against -

THE CITY OF NEW YORK, P.O. LEAH CURTIS, Shield No. 06578, individually and in her official capacity, and P.O.'s "JOHN DOE" #1-10, individually and in their official capacity (the name John Doe being fictitious, as the true names are presently unknown),

                Defendants.

**ORDER**

09 Civ. 03837 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The next status conference will be held on **December 1, 2009** at 11:15 a.m.

Dated: New York, New York
       October 5, 2009

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge

1